1  Tracy L. Mainguy, Bar No. 176928
   Operating Engineers Local Union No. 3 Trust Funds - Multi-Services
2  1620 South Loop Road
   Alameda, CA 94502
3  (510) 748-7474

4  Attorney for Plaintiffs

5

6                    UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                      (SAN FRANCISCO DIVISION)

9

10 GIL CROTHWAITE, JOHN BONILLA, in      )  Case No.: C-04-4709 SC
   their respective capacities as Trustees of the )
11 OPERATING ENGINEERS HEALTH AND        )  **STIPULATION TO CONTINUE**
   WELFARE TRUST FUND FOR                )  **HEARING REGARDING CASE**
12 NORTHERN CALIFORNIA et al.,           )  **MANAGEMENT CONFERENCE;**
                                         )  **ORDER THEREON**
13                                       )
              Plaintiffs,                )  Date: June 3, 2005
14       vs.                             )  Time: 10:00 a.m.
                                         )  Ctroom: Ctrm. 1, 17th Floor
15 FORSGREN ASSOCIATES, INC., et al,     )
                                         )
16            Defendants.                )
                                         )
17                                       )
                                         )
18 _____)

19

20    Plaintiffs and Defendants stipulate and agree to continue the telephone case management

21 conference scheduled for June 3, 2005 at 10:00 a.m. until August 5, 2005, the earliest date that

22 the Court is available to conduct the case management conference.  The reason for the

23 continuance is that Forsgren Associates, Inc. has not responded to the complaint.  Plaintiffs are

24 therefore submitting an application for entry of default by Clerk as to that Defendant.  The

25 answering Defendant, TRAVELERS CASUALTY AND SURETY COMPANY OF

STIPULATION FOR ONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER THEREON;
Case No. C 04-4709 SC
                                      - 1

AMERICA, discussed settlement of the matter and are confident that the matter can be resolved between those parties within a week. Consequently, the resources of the parties and Court will likely be preserved if the date of the conference is continued for a very brief period of time.

RESPECTFULLY SUBMITTED.

DATED: 5/27/05

OPERATING ENGINEERS LOCAL UNION NO. 3
TRUST FUNDS – MULTI-SERVICES

By: _____
TRACY L. MAINGUY
ATTORNEY FOR PLAINTIFFS

SWEENEY, MASON, WILSON & BOSOMWORTH

DATED: 05/27/05

By: _____
ROGER MASON
ATTORNEY FOR DEFENDANT
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

## ORDER

Pursuant to Stipulation and good cause appearing, the case management conference set for June 3, 2005 at 10:00 a.m. is continued until August 5, 2005.

Dated: 5/31/05

/s/ Samuel Conti
_____
SAMUEL CONTI
HONORABLE UNITED STATES DISTRICT JUDGE