1  Tracy L. Mainguy, Bar No. 176928
   Operating Engineers Local Union No. 3 Trust Funds- Multi-Services
2  1620 South Loop Road
   Alameda, CA 94502
3  (510) 748-7474

4  Attorney for the Plaintiffs

5                    UNITED STATES DISTRICT COURT

6                FOR THE NORTHERN DISTRICT OF CALIFORNIA

7                        (SAN FRANCISCO DIVISION)

8  KEN WALTERS; DON DOSER, in their            )   Case No.:  C 04-4709 SC
   respective capacities as Trustees of the    )
9  OPERATING ENGINEERS HEALTH AND              )   **STIPULATION TO DISMISS WITH**
   WELFARE TRUST FUND FOR                      )   **PREJUDICE AS TO TRAVELERS**
10 NORTHERN CALIFORNIA et al.,                 )   **CASUALTY AND SURETY COMPANY**
                                               )   **OF AMERICA; ORDER THEREON**
11              Plaintiffs,                    )
          vs.                                  )
12                                             )
   FORSGREN ASSOCIATES, INC., et al.,          )
13                                             )
                                               )
14              Defendants.                    )
                                               )
15                                             )
                                               )
16 _____

17
            Plaintiffs GIL CROSTHWAITE AND JOHN BONILLA, in their respective capacities as
18
   Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR
19
   NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS;
20
   PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING
21
   ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP,
22
   APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND;
23
   OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; OPERATING
24
   ENGINEERS CONTRACT ADMINISTRATION TRUST FUND; OPERATING ENGINEERS
25

MARKET PRESERVATION TRUST FUND; OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; and HEAVY AND HIGHWAY COMMITTEE ("Plaintiffs") and Defendant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("SURETY") stipulate and agree to the following:

1. Plaintiffs and SURETY executed a SETTLEMENT AGREEMENT AND ASSIGNMENT in order to resolve the above-captioned proceeding.

2. In light of the SETTLEMENT AGREEMENT AND ASSIGNMENT, the above-captioned matter is dismissed with prejudice pursuant to Federal Rule of Procedure 41(a)(1) as to SURETY.

3. Each party to this Stipulation will bear their own attorneys' fees and costs relating to this proceeding with respect to the other party to this Stipulation.

4. The Court will retain jurisdiction over the above-captioned proceeding to enforce the terms of the SETTLEMENT AGREEMENT AND ASSIGNMENT referenced in paragraph 1 above.

RESPECTFULLY SUBMITTED.

DATED: 6/28/05

OPERATING ENGINEERS LOCAL UNION NO. 3 TRUST FUNDS -- MULTI-SERVICES

By: _____
TRACY L. MAINGUY
ATTORNEY FOR PLAINTIFFS

DATED: 06/28/05

By: _____
ROGER MASON
ATTORNEY FOR DEFENDANT
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

# ORDER

Based upon the above-stated stipulation for dismissal of action with prejudice and pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is dismissed with prejudice as to as to Defendant TRAVELERS CAUSALTY AND SURETY COMPANY OF AMERICA only. The Court retains jurisdiction to enforce the terms of the SETTLEMENT AGREEMENT AND ASSIGMENT executed by the Plaintiffs and Defendant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA.

Dated:   6/30/05

/s/ Samuel Conti
SAMUEL CONTI
HON. UNITED STATES DISTRICT COURT JUDGE