BARRY E. HINKLE, Bar No. 071223
LINDA BALDWIN JONES, Bar No. 178922
ALAN G. CROWLEY, Bar No. 203438
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FORSGREN ASSOCIATES, INC., a Idaho Corporation qualified to do business in California,<br><br>Defendant. | No. C 04-4709 SC<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY** |

Plaintiffs Gil Crosthwaite, John Bonilla, in their respective capacities as Trustees of the Operating Engineers Health and Welfare Trust Fund for Northern California hereby substitute Barry E. Hinkle, Esq., Linda Baldwin Jones, Esq., and Alan G. Crowley, Esq. of Weinberg, Roger & Rosenfeld, 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091, as counsel of record for plaintiffs in the above-captioned matter in place of Tracy L. Mainguy, Esq. of Operating Engineers Local Union No. 3 Trust Funds-Multi-Services, 1620 South Loop Road, Alameda, California 94502.

I consent to the foregoing substitution.

Dated: 10-5, 2005

TRUST FUND FOR OPERATING ENGINEERS

By: [signature]
Title: Collection Manager

I consent to the foregoing substitution.

Dated: 10-11-, 2005

WEINBERG, ROGER & ROSENFELD

By. [signature]
Title:

I consent to the foregoing substitution.

Dated: 10-5, 2005

OPERATING ENGINEERS LOCAL 3 TRUST FUND-MULTI-SERVICES

By: [signature]
Title:

IT IS SO ORDERED.

DATED: 10/26, 2005

UNITED STATES

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

GRANTED

Judge Samuel Conti



WEINBERG, ROGER & ROSENFELD
A Professional Corporation