BARRY E. HINKLE, Bar No. 071223
LINDA BALDWIN JONES, Bar No. 178922
ALAN G. CROWLEY, Bar No. 203438
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>FORSGREN ASSOCIATES, INC., a Idaho Corporation qualified to do business in California,<br><br>  Defendant. | No.   C 04-4709 SC<br><br>**JOINT STIPULATION REQUESTING CONTINUANCE OF TRIAL AND RELATED DISCOVERY CUT-OFF DATES; AND [PROPOSED] ORDER**<br><br>**[Civil Local Rule 6-2]** |

Plaintiffs and Defendants hereby jointly stipulate and request the Court continue the trial and related discovery cut-off dates by ninety (90) days.

1. The complaint against Defendant Forsgren Associates was filed on November 8, 2004.

2. Upon learning there was a surety for one of the Public Works Projects implicated in the complaint, on March 30, 2005, Plaintiffs filed a First Amended Complaint to name Defendant Travelers Casualty & Surety Company of America.

3. On or about June 27, 2005, Plaintiffs filed a Stipulation to Dismiss with Prejudice as

JOINT STIPULATION REQUESTING CONTINUANCE OF TRIAL AND RELATED DISCOVERY CUT-OFF DATES; AND [PROPOSED] ORDER, Case No. C 04-4709 SC

111287/3999991

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

to Defendant Travelers Casualty & Surety Company of America because a settlement had been reached.

4.  On or about August 10, 2005, Defendant Forsgren Associates filed an Answer to Plaintiffs' Amended Complaint.

5.  As Plaintiffs' counsel was due to deliver a baby at the beginning of October 2005, she requested that this law firm, Weinberg, Roger & Rosenfeld, substitute in as counsel for Plaintiffs.  On about October 14, 2005, Plaintiffs filed a Notice of Substitution of Attorney.

6.  On or about August 18, 2005, the Court issue a Case Management Conference Order specifying a discovery cut-off date of November 3, 2005, a motion deadline date of December 9, 2005, and a trial date of January 30, 2006.

7.  Plaintiffs respectfully request the Court continue the discovery cut-off, motion cut-off, and trial date by ninety (90) days because Plaintiffs' counsel was substituted into the case on October 14, 2005; and, plaintiffs need more time to file and notice a Motion for Summary Judgment.

8.  The trial and discovery cut-off dates have previously not been continued in this case.

9.  Continuing the trial and discovery cut-off dates by ninety (90) days will not significantly lengthen the timeline to conclude this matter.  This continuance will also allow the parties to engage in further discovery, possible mediation and settlements, and more thorough preparation for a summary judgment motion.

10.  Good cause also exists for granting this continuance because Defendant Forsgren Associates, apparently, did not receive a copy of the Complaint and the First Amended Complaint until July 2005, which is why they did file an Answer until approximately August 10, 2005.

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -

JOINT STIPULATION REQUESTING CONTINUANCE OF TRIAL AND RELATED DISCOVERY CUT-OFF DATES; AND [PROPOSED] ORDER, Case No. C 04-4709 SC

111287/3999991

11. For the foregoing reasons, GOOD CAUSE exists for the Court to grant the parties' stipulation and request to continue the trial and discovery cut-off dates by ninety (90) days.

Dated: October 21, 2005          WEINBERG, ROGER & ROSENFELD

By: /s/
 Alan G. Crowley
 Attorney for Plaintiffs

Dated: October 21, 2005          HOLLAND & HART, LLP

By: /s/
 Wendy T. Wendrowski
 Attorney for Defendant FORSGREN ASSOCIATES

**ORDER CONTINUING TRIAL AND RELATED DISCOVERY CUT-OFF DATES**

Based upon the foregoing Stipulation, and good cause being shown, the Court orders a continuance of the trial and related discovery cut-off dates by ninety (90) days. The trial date will be _____, the new discovery cut-off date will be _____, and the last date to file dispositive motions will be _____.

Dated: 10/26 , 2005

 _____
 THE HONORABLE DISTRICT COURT JUDGE

**DENIED**
Judge Samuel Conti

- 3 -

JOINT STIPULATION REQUESTING CONTINUANCE OF TRIAL AND RELATED DISCOVERY CUT-OFF DATES; AND [PROPOSED] ORDER, Case No. C 04-4709 SC

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

111287/3999991

# PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On October 25, 2005, I served upon the following parties in this action:

> David W. Zimmerman
> Holland & Hart
> 60 East South Temple
> Suite 2000
> Salt Lake City, UT 84111-1031

copies of the document(s) described as:

**JOINT STIPULATION REQUESTING CONTINUANCE OF TRIAL AND RELATED DISCOVERY CUT-OFF DATES [Civil Local Rule 6-2]**

[X]   **BY MAIL**   I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

I certify that the above is true and correct. Executed at Alameda, California, on October 25, 2005.

  Marveline Carrell

- 4 -

PROOF OF SERVICE
Case No. C 04-4709 SC

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

111287/399991